UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ANITA FAYE GOODWIN,**

Plaintiff,

v. **No. 4:22-CV-307-P**

**SECURITY BENEFIT LIFE INSURANCE COMPANY,**

Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the order issued on October 24, 2022, the parties' joint motion to dismiss this case is **GRANTED**, and thus this case is **DISMISSED with prejudice**. ECF No. 32.

It is further **ORDERED** that the Clerk distribute the funds held in the registry of the Court as follows:

- $154,000.00 and 50.04% of any accrued interest to Clyde Salandra, by check mailed to 301 Commerce St., Suite 2500, Fort Worth, TX 76102; and
- $153,775.61 and 49.96% of any accrued interest to Anita Faye Goodwin, by check mailed to 4709 West Lovers Lane, Suite 200, Dallas, TX 75209.

The Clerk shall transmit a true copy of this final judgment to the parties.

**SO ORDERED** on this **24th day of October 2022.**

Mark T. Pittman

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE